## Charles Anthony BROOKS, Plaintiff-Appellant,

v.

## Charles Edwards BROOKS, Defendant-Appellee.

### No. 16-17257

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2017 *

Filed June 30, 2017

Charles Anthony Brooks, Pro Se

Before: PAEZ, BEA, and MURGUIA, Circuit Judges.

### MEMORANDUM ***

Charles Anthony Brooks appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action seeking the return of lottery tickets and payment of alleged winnings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal for failure to state a claim under 28 U.S.C. § 1915A. *Hamilton v. Brown*, 630 F.3d 889, 892 (9th Cir. 2011). We affirm.

The district court properly dismissed appellant's action because appellant failed to allege facts sufficient to show that he was "(1) depriv[ed] of a right secured by the Constitution and laws of the United States, and (2) that the deprivation was committed by a person acting under color of state law." *Chudacoff v. Univ. Med. Ctr. of S. Nev.*, 649 F.3d 1143, 1149 (9th Cir. 2011).

Because we affirm on the basis of failure to state a claim, we do not consider appellant's contentions regarding the district court's alternate basis for dismissal.

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

